# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Walker, Jacquelyn Marie | Docket No. | 2:18CR00080-LRS-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jacquelyn Marie Walker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of June 2018, under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant was arrested for fourth degree assault on July 15, 2018.

PRAYING THAT THE COURT WILL TAKE NO ACTION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 31, 2018

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[ ] Defendant to appear before the Magistrate Judge.

M. K. Dimke

Signature of Judicial Officer

7/31/2018
Date