# United States District Court

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 02, 2018**

SEAN F. McAVOY, CLERK

**United States of America** )
)
**vs** )
)
**Jacquelyn Marie Walker** )   Case No. 2:18CR00080-LRS-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jacquelyn Marie Walker, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall participate in a mental health evaluation and attend any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jacquelyn M. Walker_  11-1-2018      _Erik Carlson_  11-1-18
Signature of Defendant   Date          Pretrial Services/Probation Officer   Date

Jacquelyn Marie Walker                 Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Colin Prince_                          11/1/2018
Signature of Defense Counsel            Date

Colin Prince

[X]   The above modification of conditions of release is ordered, to be effective on  11/2/18 .

[ ]   The above modification of conditions of release is **not** ordered.

_/s/_                                   November 2, 2018
Signature of Judicial Officer           Date