PROB 12C
(6/16)

Report Date: March 5, 2019

# United States District Court

### for the

### Eastern District of Washington

**FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR - 6 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON**

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jacquelyn Marie Walker | Case Number: 0980 2:18CR00080-LRS-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 16, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Theft, 18 U.S.C. § 2113(b) | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | January 16, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | January 15, 2024 |

### PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/12/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substances. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On February 19 and 26, 2019, Jacquelyn Walker provided urine samples that tested presumptive positive for methamphetamine. |
| | On January 30, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements. |
| | On February 19, 2019, Ms. Walker reported to the U.S. Probation Office for her appointment with this officer. She submitted to random urinalysis testing and provided a urine sample that tested presumptive positive for methamphetamine. She admitted to the use of methamphetamine on February 13, 2019, before she was arrested by the U.S. Marshals Service on a warrant that was issued on February 12, 2019. |
| | Ms. Walker reported to the U.S. Probation Office on February 26, 2019, as instructed by this officer. She was again subject to random urinalysis testing, and submitted a urine sample that tested presumptive positive for methamphetamine. Ms. Walker denied using |

Prob12C
Re: Walker, Jacquelyn Marie
March 5, 2019
Page 2

methamphetamine since her last reported use on February 13, 2019, approximately 16 days prior. As a result, the sample provided by the offender on February 26, 2019, was submitted to the laboratory for confirmation. As of the writing of this report, lab confirmation has not yet been received.

The U.S. Probation Office respectfully recommends the Court issue a summons and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/05/2019

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

3/6/19
Date