PROB 12C
(6/16)

Report Date: May 21, 2019

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jacquelyn Marie Walker | Case Number: 0980 2:18CR00080-LRS-1 |
| Address of Offender: | Chattaroy, Washington 99003 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 16, 2019

| | | |
|---|---|---|
| Original Offense: | Bank Theft, 18 U.S.C. § 2113(b) | |
| Original Sentence: | Probation - 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: January 16, 2019 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 15, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 02/12/2019 and 03/05/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: On May 17, 2019, it came to the attention of the undersigned officer that Jacquelyn Walker had changed her living arrangements without notifying the U.S. Probation Office as required by the conditions of her supervision. |
| | On January 30, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements. |
| | On April 24, 2019, Ms. Walker informed this officer that she would now be staying with her daughter in Chattaroy, Washington, to help with her daughter's children. As instructed, Ms. Walker sent this officer a text message with her daughter's address and contact information so that an inspection of the residence could be conducted. |

Prob12C
Re: Walker, Jacquelyn Marie
May 21 2019
Page 2

On May 7, 2019, this officer contacted Ms. Walker to schedule a home inspection for the following day, May 8, 2019. The offender advised this officer that she was scheduled to work on May 8, 2019, but would contact the undersigned officer after work so we could meet at the residence. Ms. Walker did not contact this officer on May 8, 2019, as instructed, and attempts to contact her since that date have been unsuccessful.

On May 17, 2019, the undersigned officer attempted to locate Ms. Walker at her last known address, her daughter's home in Chattaroy, Washington. Upon arrival, the offender's two daughters informed this officer that they had not seen their mother in approximately 2 weeks and were unaware of her whereabouts.

According to Ms. Walker's daughter, she and her fiancé were willing to have her mother live with them, but with the understanding that her boyfriend was not allowed at the residence. She advised this officer that decision was based on a history of antisocial behavior between the couple, including one instance when Ms. Walker was subsequently arrested for assault.

Her daughter advised this officer that approximately 2 weeks prior, on May 3, 2019, she and her fiancé returned to their home to find Ms. Walker and her boyfriend inside. As a result, Ms. Walker was kicked out of the home and it was determined that she would no longer be allowed back. Ms. Walker's whereabouts remain unknown as of the writing of this report.

| 7 | **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. |

**Supporting Evidence**: On May 14, 2019, Ms. Walker had contact with law enforcement, but failed to notify the undersigned officer within the allotted 72-hour time period.

On January 30, 2019, an officer with the U.S. Probation Office in Spokane, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

On May 15, 2019, the undersigned officer received notification that Ms. Walker had been contacted by deputies with the Spokane County Sheriff's Office on May 14, 2019. According to the information provided to this officer, deputies were dispatched to John Shields Park in Spokane, regarding a vehicle that had been consistently parked at the park after hours. The vehicle, registered to Jacquelyn Walker, was found unoccupied, but deputies later located Ms. Walker and her boyfriend, Jacob Conner, in a tent in the woods to the East of the parking lot. Ms. Walker and her boyfriend were instructed to pack up and leave as the area was not a designated camping area. The couple was also informed that they would be cited if they were again found in the park after hours.

| 8 | **Standard Condition # 12**: You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: On May 16, 2019, Ms. Walker was instructed to report to the U.S. Probation Office to meet with this officer, but failed to report as instructed.

On January 30, 2019, an officer with the U.S. Probation Office in Spokane, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

Prob12C
Re: Walker, Jacquelyn Marie
May 21 2019
Page 3

On May 8, 2019, this officer was scheduled to meet with Ms. Walker at her daughter's home to conduct an initial inspection of the residence. After she failed to contact this officer on May 8, 2019, this officer made attempts to contact the offender on May 8 and 10, 2019, but was unsuccessful.

On May 14, 2019, Ms. Walker sent this officer a text message advising she had not had her phone for a couple of days and stated that she would explain it all later. The undersigned officer attempted to call and text Ms. Walker in response to the text message she sent, but was unsuccessful.

On May 16, 2019, this officer contacted Ms. Walker's employer who advised that the offender was not working on that date. Still with no response from Ms. Walker, this officer sent her a text message instructing her to report to the U.S. Probation Office by noon on that date. The offender did not report to the probation office as instructed nor did she make any attempts to contact the undersigned officer. Ms. Walker's whereabouts remain unknown as of the writing of this report.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/21/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/21/2019
Date