Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Dan Fruchter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELYN MARIE WALKER,<br><br>Defendant. | No. 2:18-cr-0080-LRS<br><br>**UNITED STATES'**<br>**RESPONSE TO MOTION**<br>**FOR EARLY TERMINATION OF**<br>**SUPERVISED RELEASE**<br><br>*Without Oral Argument*<br>July 6, 2021 at 6:30 p.m. |

Plaintiff, United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Dan Fruchter, Assistant United States Attorney, submits the following response to Jacquelyn Marie Walker's Motion for Early Termination of Supervised Release. ECF No. 95.

Undersigned counsel has spoken with Amber Andrade, Ms. Walker's supervising probation officer with the United States Probation Office. Undersigned counsel understands that Ms. Walker has indeed made significant progress since her release from the custody imposed by the Court upon Ms. Walker's violation of the terms of her probation. Ms. Walker's hard work and significant progress are commendable. However, the United States understands that Ms. Walker recently admitted to the use of methamphetamine, which necessitated intervention on the part of the probation office, including a referral for a substance abuse assessment which is pending.

US' RESPONSE RE EARLY TERMINATION OF SUPERVISED RELEASE –1

Undersigned counsel understands that Ms. Walker admitted to using methamphetamine only after initially denying it.

Undersigned counsel understands that Ms. Andrade intends to file a report to update the court regarding this issue and Ms. Walker's current situation, and believes that Ms. Walker would benefit from continued supervision at this time. The United States concurs. If there are additional slip-ups in her recovery, access to supervision and immediate access to diagnostic and treatment services through this Court's supervision could be the difference in identifying and resolving problems before they get more serious and result in more significant harm and set-backs to Ms. Walker, and in ensuring that her recovery and progress continues.

For that reason, the United States respectfully opposes Ms. Walker's motion for early termination at this time, but looks forward to being able to join in a future motion filed by Ms. Walker.

DATED: June 14, 2021.

        Joseph H. Harrington
        Acting United States Attorney

        *s/ Dan Fruchter*
        Dan Fruchter
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following Defendant's counsel:

Amy Rubin
Federal Defenders of Eastern Washington and Idaho
10 N Post, Suite 700
Spokane, WA 99201
Amy_Rubin@fd.org

*s/ Dan Fruchter*
Dan Fruchter
*Assistant United States Attorney*