PROB 12C
(6/16)

Report Date: June 16, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| Name of Offender: | Jacquelyn Marie Walker | Case Number: | 0980 2:18CR00080-LRS-1 |

Address of Offender:    Deer Park, Washington 99006

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 16, 2019

Original Offense:    Bank Theft, 18 U.S.C. § 2113(b)

Original Sentence:    Probation - 60 months        Type of Supervision: Supervised Release

Revocation Sentence:    Prison: 6 months
(June 27, 2019)         TSR: 30 months

Asst. U.S. Attorney:    Daniel Hugo Fruchter    Date Supervision Commenced: November 29, 2019

Defense Attorney:    Amy H. Rubin    Date Supervision Expires: May 28, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1    **Standard Condition #2**:  After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On May 19, 2021, it is alleged that Jacquelyn Walker violated standard condition number 2, by failing to report to the U.S. Probation Office as instructed.

On December 4, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence.  She signed the judgment acknowledging the requirements.

On April 27, 2021, Ms. Walker checked in with the undersigned officer as instructed.  She reported no changes and advised she had been working a lot.  She was subsequently instructed to check-in with this officer again on May 11, 2021.

On May 18, 2021, the undersigned attempted to contact the offender after she failed to check-in on May 11, 2021, as instructed, but was unsuccessful.

Prob12C
Re: Walker, Jacquelyn Marie
June 16, 2021
Page 2

Very early the next morning, on May 19, 2021, Ms. Walker sent this officer a text message claiming she had been "working like crazy" and insisting that she would "get ahold of (this officer) as soon as I can get off the road today." The undersigned officer immediately called the offender and instructed her to report to the U.S. Probation Office by 1 p.m. on that date, May 19, 2021. She responded that she would "try to make it."

On May 19, 2021, Ms. Walker failed to report to the U.S. Probation Office by 1 p.m. as instructed.

2     **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 20, 2021, it is alleged that Jacquelyn Walker violated special condition number 8, by failing to report for random urinalysis testing as instructed.

On December 4, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

Early in the morning on May 20, 2021, this officer attempted to contact the offender in response to her failure to report as instructed the day prior, however, she did not answer. The undersigned officer left Ms. Walker a voice message and a text message instructing her to report to the probation office by 8 a.m. for random urinalysis testing.

Shortly thereafter, Ms. Walker contacted the undersigned officer. She was again instructed to report to the probation office by 8 a.m. on May 20, 2021, to submit to random urinalysis testing.

On May 20, 2021, Ms. Walker failed to report for random uranalysis testing as instructed.

3     **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 25, 2021, it is alleged that Jacquelyn Walker violated special condition number 8, by consuming methamphetamine.

On December 4, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgment and sentence. She signed the judgment acknowledging the requirements.

On May 27, 2021, this officer received notification from Pioneer Human Services (PHS) that the offender submitted to phase urinalysis testing on May 25, 2021, and provided a urine sample that tested presumptive positive for amphetamine and methamphetamine. PHS provided an admission of use form, signed by the offender.

Prob12C
**Re: Walker, Jacquelyn Marie**
**June 16, 2021**
**Page 3**

On May 28, 2021, the undersigned spoke with Ms. Walker about the information received from PHS. The offender subsequently admitted she had last consumed methamphetamine on or about May 22, 2021, but had "used meth a couple times before that." Ms. Walker estimated she had used methamphetamine just days before being randomly instructed by this officer to report to the U.S. Probation Office on May 20, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/16/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

June 17, 2021
Date