PROB 12C
(6/16)

Report Date:  April 26, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacquelyn Marie Walker                Case Number: 0980 2:18CR00080-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 16, 2019

Original Offense:          Bank Theft, 18 U.S.C. § 2113(b)

Original Sentence:         Probation - 60 months          Type of Supervision: Supervised Release

Revocation Sentence:       Prison: 6 months
(June 27, 2019)            TSR: 30 months

Asst. U.S. Attorney:       Daniel Hugo Fruchter          Date Supervision Commenced: November 29, 2019

Defense Attorney:          Payton B. Martinez            Date Supervision Expires: May 28, 2022

### PETITIONING THE COURT

To issue a summons.

On December 4, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgement and sentence.  She signed the judgement acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #8**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

> **Supporting Evidence**: On or about March 9, 2022, Jacquelyn Walker allegedly violated special condition number 8 by consuming methamphetamine.
>
> On March 9, 2022, the offender reported to Pioneer Human Services (PHS) to submit to random urinalysis testing as instructed by the undersigned officer.
>
> On March 10, 2022, this officer received notification from PHS that the urine sample Ms. Walker provided on March 9, 2022, tested presumptive positive for amphetamine and

Prob12C
**Re: Walker, Jacquelyn Marie**
**April 26, 2022**
**Page 2**

methamphetamine.  The offender denied the use of methamphetamine, and signed a denial of use form, so the sample was forwarded to the laboratory for further testing.

On March 17, 2022, the undersigned received verification from the laboratory that the urine sample provided by the offender on March 9, 2022, was in fact positive for amphetamine and methamphetamine.  Ms. Walker continues to deny the use of methamphetamine.

2    **Special Condition #8**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about March 31, 2022, Jacquelyn Walker allegedly violated special condition number 8 by consuming methamphetamine.

On April 4, 2022, the undersigned officer received notification from PHS that the offender was subject to phase urinalysis testing on March 31, 2022, when her assigned color was identified.  Ms. Walker provided a urine sample that was presumptive positive for amphetamine and methamphetamine.  This officer was also provided a denial of use form, signed by Ms. Walker, denying the use of prohibited controlled substances.

On April 5, 2022, the offender reported to the U.S. Probation Office to meet with this officer to discuss the two presumptive positive urine samples she provided within the month of March 2022, both of which she denies.

During that meeting, Ms. Walker eventually admitted to the use of methamphetamine on or about March 31, 2022, and she signed an admission of use form confirming that use.  The offender was then subject to random urinalysis testing and provided a urine sample that was presumptive positive for amphetamine and methamphetamine.

As a result of the offender's continued drug use, she was referred back to PHS for an updated drug assessment.

3    **Special Condition #8**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 12, 2022, Jacquelyn Walker allegedly violated special condition number 8 by failing to report for phase urinalysis testing when her assigned color was identified for testing.

On April 13, 2022, this officer received notification from PHS that the offender failed to report for phase urinalysis testing on April 12, 2022, when her assigned color was identified for testing.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Walker, Jacquelyn Marie**
**April 26, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/26/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

April 26, 2022

Date