PROB 12C
(6/16)

Report Date: May 20, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jacquelyn Marie Walker | Case Number: | 0980 2:18CR00080-LRS-1 |
| Address of Offender: | | Deer Park, Washington 99006 | |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 16, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Bank Theft, 18 U.S.C. § 2113(b) | | |
| Original Sentence: | Probation - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (June 27, 2019) | Prison: 6 months TSR: 30 months | | |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | November 29, 2019 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: | May 28, 2022 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/26/2022.

On December 4, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgement and sentence.  She signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #8**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On May 12, 2022, Jacquelyn Walker allegedly violated special condition number 8 by failing to report for random urinalysis testing as instructed.

On May 12, 2022, the offender contacted the undersigned officer to check-in as instructed. She stated she was working just blocks from the U.S. Probation Office, and was subsequently instructed to report to the U.S. Probation Office for random urinalysis testing, in an attempt to collect a urine sample prior to her upcoming revocation hearing.  Ms. Walker confirmed she understood and stated that she would report shortly.

On May 12, 2022, Ms. Walker failed to report for urinalysis testing as instructed and she made no attempt to contact this officer.

Prob12C
**Re: Walker, Jacquelyn Marie**
May 20, 2022
Page 2

| | | |
|---|---|---|
| 5 | | **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On or about May 9, 2022, Jacquelyn Walker allegedly violated special condition number 8 by consuming methamphetamine.

On May 13, 2022, the offender was again instructed to report to the U.S. Probation Office for random urinalysis testing, after she failed to do so on May 12, 2022. Ms. Walker reported to the U.S. Probation Office and admitted to the use of methamphetamine on or about May 9, 2022. The offender signed an admission of use form confirming her admission and then provided a urine sample that was in fact positive for methamphetamine.

6      **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 16, 2022, Jacquelyn Walker allegedly violated special condition number 8 by failing to report for phase urinalysis testing when her assigned color was identified for testing.

On May 17, 2022, this officer received notification from Pioneer Human Services (PHS) that the offender had failed to appear for phase urinalysis testing on May 16, 2022, when her assigned color was identified for testing.

7      **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On or about May 19, 2022, Jacquelyn Walker allegedly violated special condition number 8 by consuming methamphetamine.

On May 19, 2022, the undersigned contacted Ms. Walker regarding her failure to report for phase urinalysis testing on May 16, 2022; she initially claimed she had called into the phase urinalysis hotline on that date, but then began to question herself as to whether or not she had called in. This officer subsequently instructed the offender to report to the U.S. Probation Office on that date for random urinalysis testing.

On that date, May 19, 2022, the offender reported to the U.S. Probation Office and provided a urine sample that was presumptive positive for amphetamine and methamphetamine. Ms. Walker adamantly denied any new drug use and signed a denial of use form confirming that. While the sample was forwarded to the laboratory for confirmation, those results have not yet been received.

Prob12C
Re: Walker, Jacquelyn Marie
May 20, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/20/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

May 23, 2022
Date