PROB 12C
(6/16)

Report Date: July 5, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 06, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jacquelyn Marie Walker          Case Number: 0980 2:18CR00080-LRS-1

Address of Offender: ███████████████  Deer Park, Washington 99006

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: January 16, 2019

Original Offense:          Bank Theft, 18 U.S.C. § 2113(b)

Original Sentence:         Probation - 60 months          Type of Supervision: Supervised Release

Revocation Sentence:       Prison - 6 months
(June 27, 2019)            TSR - 30 months

Asst. U.S. Attorney:       Daniel Hugo Fruchter           Date Supervision Commenced: November 29, 2019

Defense Attorney:          Lorinda Meier Youngcourt       Date Supervision Expires: May 28, 2022

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 04/26/2022, and 05/20/2022.

On December 4, 2019, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Ms. Walker, as outlined in the judgement and sentence. She signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #8**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On or about May 20, 2022, Jacquelyn Walker allegedly violated special condition number 8 by consuming methamphetamine. |
| | On May 20, 2022, the offender reported to Pioneer Human Services (PHS) for phase urinalysis testing when her assigned color was identified for testing. According to the information this officer received, Ms. Walker provided a urine sample that tested presumptive positive for amphetamine. Because the offender denied any illegal drug use, and signed a denial of use form confirming that denial, the sample was forwarded to the laboratory for confirmation. |

Prob12C
Re: Walker, Jacquelyn Marie
July 5, 2022
Page 2

                                            On May 26, 2022, laboratory confirmation was received confirming that the urine sample provided by Ms. Walker on May 20, 2022, was in fact positive for both amphetamine and methamphetamine.

9       **Special Condition #7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: On June 22, 2022, Jacquelyn Walker allegedly violated special condition number 7 by failing to engage in her substance abuse group session as scheduled.

        On June 23, 2022, PHS notified this officer that the offender was not present for her substance abuse group treatment session on June 22, 2022, as scheduled.

10      **Special Condition #7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: On June 24, 2022, Jacquelyn Walker allegedly violated special condition number 7 by failing to engage in her substance abuse group session as scheduled.

        On June 27, 2022, PHS notified this officer that the offender was not present for her substance abuse group treatment session on June 24, 2022, as scheduled.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/05/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C
Re: Walker, Jacquelyn Marie
July 5, 2022
Page 3

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

July 6, 2022

Date